

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Pedro Antonio Gomez,

\* From the 244th District Court
of Ector County,
Trial Court No. D-18-2212-CR.

Vs. No. 11-22-00220-CR

\* February 9, 2023

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

This court has considered Pedro Antonio Gomez's motion for voluntary dismissal of this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.